```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

JOSEPH B. BENNETT, III,                )    3:07-CV-0416-ECR-RAM
                                       )
    Plaintiff,                         )    MINUTES OF THE COURT
                                       )
vs.                                    )    DATE: JANUARY 3, 2008
                                       )
BOOMTOWN HOTEL CASINO,                 )
                                       )
    Defendant.                         )
_____)

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On December 6, 2007, the Magistrate Judge entered a Report and Recommendation (#4) recommending that this action be dismissed without prejudice. No objections were timely filed.

    The Report and Recommendation (#4) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

    The Clerk shall enter judgment accordingly.

    Plaintiff failed to provide the necessary documentation to be entitled to proceed in forma pauperis.

                                           LANCE S. WILSON, CLERK

                                           By       /s/
                                                 Deputy Clerk